IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. LARRY WRIGHT, | ) | |
| 2. TAMMY WRIGHT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.: 14-cv-00527-RAW |
| | ) | |
| 1. NATIONAL LLOYDS INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT, NATIONAL LLOYDS INSURANCE COMPANY'S, SUBMISSION OF EXPERT REPORT PURSUANT TO FED. R. CIV. P. 26(a)(2)(B)**

National Lloyds Insurance Company, pursuant to Fed. R. Civ. P. 26(a)(2)(B), submits the expert report of Michael J. Berryman of Berryman Enterprises, Inc., attached as Exhibit 1.

Respectfully Submitted,

**CATHCART & DOOLEY**

s/Virginia Cathcart Holleman
Virginia Cathcart Holleman OBA #15422
W.R. Cathcart, OBA #1566
2807 Classen Boulevard
Oklahoma City, Oklahoma 73106
Phone: 405/524-1110
Fax: 405/524-4143
vholleman@cathcartdooley.com
bcathcart@cathcartdooley.com

-1-

## Certificate of Service

I hereby certify that on July 1, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| J. Drew Houghton, OBA #18080 | Phillip N. Sanov, OBA 17635959TX |
| Foshee & Yaffe | Merlin Law Group |
| Post Office Box 890420 | Three River Way, Suite 701 |
| Oklahoma City, OK 73189 | Houston, TX 77056 |
| Phone: 405/232-8080 | Phone: 713-626-8880 |
| Fax: 405/601-1103 | Facsimile: 713-626-8881 |
| dhoughton@fosheeyaffe.com | psanov@merlinlawgroup.com |
| Attorney for Plaintiffs | |

s/Virginia Cathcart Holleman
Virginia Cathcart Holleman