
# Berryman

426 N.W. 5TH
Oklahoma City, OK  73102
Off: (405) 235-4646
Fax: (405) 235-3311
Email:  mberryman@berrymanokc.com

June 30, 2015

Bill Cathcart
Cathcart and Dooley
2807 North Classen Avenue
Oklahoma City, Oklahoma  73106

**Re:   Larry and Tammy Wright,**
      **Plaintiffs**
      **v.**
      **National Lloyds Insurance Company, et al.**
      **Defendants**
      **District Court of Murray County**
      **State of Oklahoma**
      **Case #:  CJ-2014-47**

Dear Mr. Cathcart:

   The following report details to date my pertinent observations, opinions and conclusions related thereto and it can be changed only in writing by the undersigned. My opinions are based upon my review of the documentation provided to me and a site visit I conducted on June 19, 2015. In forming my opinions I utilized my thirty-seven (37) years of experience as a construction general contractor as well as my formal education, training and knowledge previously acquired. I reserve the right to supplement this report to address additional information made available to me and to provide illustrative exhibits at a later date.

## DOCUMENTS REVIEWED

1. Claim file Nl357801
2. Vertex Roofing file
3. Insurance Busters' file
4. Documents from Insurance Busters in response to Subpoena

5. Deposition of Larry Wright taken on 5/13/15
6. Deposition of Tammy Wright taken on 5/13/15
7. Arbuckle Roofing Documents in response to Subpoena
8. Eagle View Report, 105 East Benton Avenue, Davis, OK

## QUALIFICATIONS

I have been a general contractor since 1978 and have performed numerous property restoration projects for owners whose building structures have sustained damages caused by wind and hail.  I routinely examine structures for the extent and cause of sustained damages and submit construction proposals to the public for a property's restoration.  In the regular course of business I estimate the construction cost and outline the scope of work that is an integral part of my firm's offers to contract for needed property restoration.  I interface with insurance professionals in the course of business and have developed a keen understanding of the customary means, methods and pricing for the restoration of damaged real property.

## BACKGROUND

On or about May 23, 2013 the subject residence, 105 East Benton Avenue, Davis, Oklahoma, owned by Larry and Tammy Wright (Wright), was damaged by storm activity.  Several months after the storm, the Wrights filed an insurance claim with National Lloyds Insurance Company (Lloyds) under their insurance policy #OD6010395 and Lloyds assigned the loss claim #NL357801.  Lloyds inspected and photographed the home and provided a restoration estimate of damages sustained.  Lloyds estimated the property damages as follows:  $6,286.51 for the dwelling damages and $2,923.43 for damages to "other structures" (e.g. rear yard shed).

I reviewed the documents outlined above and conducted a site visit on 6/19/15 in order to form opinion(s) concerning:

1. The nature and extent of the storm damages and the present condition of the property.
2. The estimating methods used by Lloyds and the reasonableness of their damage repair estimate for the dwelling and "other structures".

## DESCRIPTION

The 105 East Benton Avenue property is a single level, single family residence. The home appears to be constructed on a concrete masonry stem wall foundation with a partial basement. The home is framed with dimensional lumber. The roof structure utilizes traditional stick framing and re-sawn decking covered with laminated, asphalt composition shingle roofing. The exterior cladding of the dwelling structure is a combination of painted clap board siding and board-and-batten wood siding. The property is deemed to face south for the purposes of this report.



## SUMMARY OF OPINIONS

***Opinion #1:*** *The subject property suffered limited storm damage caused by hail that advanced generally from a northerly direction for there is no indication of hail damages to the south, east or west elevations of the property. Unrelated to hail, the property also exhibits signs of blemishes caused by non-storm factors, such*

*as age, wear and lack of maintenance. Many of these blemishes appear to pre-date the storm, but the Plaintiffs mistakenly believe that they are storm related.*

***Opinion #2:*** *Lloyds followed industry standard methods in its determination of the proper cost to restore the storm damages to the dwelling structure and the "other structures" of the property. The Lloyds estimate expresses a scope of work that reasonably addresses observations that were consistent with damages caused by storm. The estimate describes restoring and/or replacing items by utilizing materials and techniques that would restore the home to its pre-loss condition; however, much of the restoration work outlined in the Lloyds estimate has not been done.*

## BASIS OF OPINIONS

***Opinion #1:*** *The subject property suffered limited storm damage caused by hail that advanced generally from a northerly direction for there is no indication of hail damages to the south, east or west elevations of the property. Unrelated to hail, the property also exhibits signs of blemishes caused by non-storm factors, such as age, wear and lack of maintenance. Many of these blemishes appear to pre-date the storm, but the Plaintiffs mistakenly believe that they are storm related.*

**1.1.**   I observed evidence of hail impact damage to the peeling paint on the lower half of the north elevation siding as well as the fascia at this elevation; however, this was the only elevation with hail impact damage.





**1.2.** The exterior painted siding and fascia at the south, east and west elevations had not been damaged by hail, but similar to the north elevation, these elevations were dilapidated and in a state of disrepair. The extent and degree of the peeling paint indicate this deteriorating condition has been present and ongoing for some time. Although not intended to be an exhaustive recount of all available examples, the following photographs are representative of my observations:









**1.3.** The light gauge metal exhaust vent covers at the roof also offer evidence of hail damage.  Based upon the size of the dents, the hail appears to have been approximately ½"-3/4" in diameter.



**1.4.**  The metal carport, adjacent to the home was not damaged by hail.





**1.5.** The storage shed roof and siding were not damaged by hail





**1.6.**   The window screens at all elevations were not damaged by hail.





\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

***Opinion #2***: *Lloyds followed industry standard methods in its determination of the proper cost to restore the storm damages to the dwelling structure and the "other structures" of the property. The Lloyds estimate expresses a scope of work that reasonably addresses observations that were consistent with damages caused by storm. The estimate describes restoring and/or replacing items by utilizing materials and techniques that would restore the home to its pre-loss condition; however, much of the restoration work outlined in the Lloyds estimate has not been done.*

- **2.1.** Lloyds appears to have inspected the property using common practices.

- **2.1.1.** Lloyds conducted a site inspection on 2/28/14 and examined the exterior surfaces and appurtenances of the dwelling and the rear yard structure. Surveyed were:
  - Roof surfaces and ancillary components such as light gauge metal roof vents, drip edge and ridge cap.
  - Fascia
  - Siding
  - Guttering

Based upon photography made available in this matter, file documentation and my site observations, I believe the scope of work outlined in the Lloyds damage estimate addresses the limited storm damages that occurred at the Plaintiffs' home.

- **2.1.2.** Lloyds properly quantified the construction components, such as roof surface, roof vent caps, siding paint, etc. The quantities of materials shown in the Lloyds estimate were closely aligned with those I observed during my site inspection or gleaned from other file documentation.

- **2.2.** Lloyds utilized Xactimate, a software estimating program with which I am familiar and use in the regular course of business to create accurate and reliable damage estimates.

- **2.2.1.** The unit prices in the Lloyds estimate, when multiplied by the component quantities shown on each corresponding line item, produce an appropriate estimated cost for which the work can be performed.

- **2.3.** Much of the restoration work estimated by Lloyds has not been performed. Examples include:

- The asphalt shingle roof has not been removed and replaced. I noted that the present shingle coursing pattern and other spatial markers match those shown in the Lloyds' adjuster's photographs.
- The metal roof replacement has not been performed.
- The gutter has not been replaced.
- No portion of the wood siding has been repainted.
- The metal vent caps have not been replaced.

*******************************************************************************

I understand that discovery is in progress. I reserve the right to supplement this report to address additional information made available to me and to provide illustrative exhibits at a later date. Please find attached as a part of this report my current Curriculum Vitae which lists publications I have authored during the last ten (10) years and all cases in which I have given testimony, both at deposition and trial, over the last four (4) years. It establishes my qualifications and my compensation.

Sincerely,

Michael J. Berryman
BERRYMAN ENTERPRISES, INC.

15-04-15E Report

# **CURRICULUM VITAE**

**Name:**  Michael J. Berryman
**Born:**   September 23, 1957
          Lincoln, Nebraska

## **Occupation:**

President and Chief Executive Officer
Berryman Enterprises, Inc.
General Contractor / Consultant
426 N.W. 5th Street
Oklahoma City, Oklahoma  73102

## **Formal Education:**

B.A., Vanderbilt University 1979
Molecular Biology

## **Licenses:**

Qualifying Agent (QA) and/or Qualifying Managing Employee (QME) for licensure and/or operating authorization in the following states:

| | |
|---|---|
| Arkansas | Louisiana |
| Virginia | Mississippi |
| West Virginia | Nebraska |

## **Honors, Awards:**

1996 Metro Journal Award
1997 Metro Journal Award
1998 Oklahoma Venture Forum Award
1998 Metro Journal Award
1999 Inc. 100 Award by Inc. Magazine and ICIC

### Building Codes:

| | |
|---|---|
| UBC | Uniform Building Code |
| BOCA | Building Officials and Code Administration |
| SBCCI | Southern Building Code Congress International |
| IBC | International Building Code |

### Compensation Structure:

Expert services and review, study, estimation and written opinions shall be billed at a rate of $245.00/ hour.

Expert services at deposition and trial shall be billed at $375.00/hour.

### Previous Depositions and Court Appearances:

1) Nicolas Lopez v. Farmers Insurance Company, Inc.
   Case #:  CIV-2010-584-HE
   United States District Court
   Western District of Oklahoma
   Deposition Date:  March 8, 2011

2) ACT South and Allergy Clinic v. Reco Electric
   Case #:  CJ-2004-7049
   District Court of Tulsa County, State of Oklahoma
   Trial Date:  April 6, 2011

3) Laurie Jill Hast and Charles Ronald Mooney v.
   Forrester Consulting, Old World and Carillon Homes
   Case #:  CJ-2008-6397
   District Court of Oklahoma County, State of Oklahoma
   Deposition Date:  April 20, 2011

4) Thomas Hennebry and Candice Hennebry v.
   Wayne Long Construction, Inc., C&C Copper & Roofing, etc.
   Case #:  CJ-2008-1377-BH
   District Court of Cleveland County, State of Oklahoma
   Deposition Date:  August 17, 2011

5) Michael and Roxanne Rohleder v.
   Matt Wilson Custom Homes and Matt Wilson v
   Isch & Associates and Crazy Horse Construction
   Case #:  CJ-2008-3807
   District Court of Oklahoma County, State of Oklahoma
   Deposition Date: September 12, 2011

6)    Thomas Hennebry and Candice Hennebry v.
Wayne Long Construction, Inc., C&C Copper & Roofing etc.
Case #:  CJ-2008-1377-BH
District Court of Cleveland County, State of Oklahoma
Trial Date:  October 12, 2011

7)    George and Anna Browning v.
Mark Dale, Carriage Homes and
American National Property and Casualty Insurance
Case #:  CJ-2009-5529
District Court of Oklahoma County, State of Oklahoma
Deposition Date:  January 3, 2012

8)    Linda Fly, Nina Jonson, and Nancy Sumrall as Co-Trustees v.
Security General
Case #:  CJ-2005-6363
District Court of Oklahoma County, State of Oklahoma
Deposition Date:  February 14, 2012

9)    David Miller v. Jose Valdez Gonzales, TMC Construction Company, Inc.
And TMC Construction Company, LLC
Case #:  CJ-2009-4287
District Court in and for Tulsa County, State of Oklahoma
Deposition Date:  March 19, 2012

10)    Larry Hammer and Renay Hammer v.
State Farm Fire and Casualty Company
Case #:  5:11-cv-00157-HE
United States District Court
Western District of Oklahoma
Deposition Date:  April 17, 2012

11)    The Travelers Indemnity Company v.
Jones Public Works Authority, A Public Trust, Town of Jones City, an
Oklahoma Municipality, and Pipeline Regulatory Consultants
Cause #:  CJ-2009-1089
District Court of Oklahoma County, State of Oklahoma
Deposition Date:  September 20, 2012

12)    Todd N. Tipton and Constance J. Tipton v.
Matt Wilson Custom Homes, LLC, and Matt Wilson, an individual
Case #:  CJ-2010-5567
District Court of Oklahoma County, State of Oklahoma
Deposition Date:  September 24, 2012

105 Benton Avenue  
Davis, Oklahoma

June 30, 2015  
Page 16

13) Elizama G. Langer, individually and as the personal representative of the estate of Juergen J. Langer, Wolfgang Langer, Abraham J. Langer, Elizama I. Langer v. 3M Company a/k/a Minnesota Mining & Manufacturing Company  
Case #: BC447695  
Superior Court of the State of California  
County of Los Angeles  
Deposition Date: October 1, 2012

14) Aimee and Westley Carter v.  
Pool Pros, Pool Pros, Inc., and Dustin Marco  
Case #: CJ-2010-918  
District Court of Comanche County, State of Oklahoma  
Deposition Date: November 19, 2012

15) Linda Fly, Nina Jonson, and Nancy Sumrall as Co-Trustees v.  
Security General  
Case #: CJ-2005-6363  
District Court of Oklahoma County, State of Oklahoma  
Trial Date: December 6, 2012

16) Cesar Martinez v. Berryman Enterprises, Inc.  
Case #: CJ-2012-2430  
District Court of Oklahoma County, State of Oklahoma  
Deposition Date: December 19, 2012

17) Harvey McIntyre and Laverne McIntyre v. 3M Company  
Case #: 12-2-15555-1 SEA  
Superior Court of Washington for King County  
Deposition Date: January 10, 2013

18) Amy McHatton Jones v. Charles Jewell, Vernon Elmore and Elaine Elmore  
Case #: CJ-2011-265  
District Court of Carter County  
State of Oklahoma  
Deposition Date: February 5, 2013

19) John Milton Stephens and Sarah Stephens v. AC and S, Inc. et al  
Case #: RG-12-641010  
County of Alameda  
Superior Court of the State of California  
Deposition Date: February 21, 2013

20) The Kenneth Jack Holloway Separate Revocable Trust  
Dated September 17, 2002, as Amended v.  
Roberson Realty Group, Inc. and Steven Michael Roberson v.  
Impact Construction Services  
Case #: CJ-2010-2151  
County of Tulsa  
State of Oklahoma  
Deposition Date: March 12, 2013

21) Great Northern Insurance v.  
John Watson Landscape Illumination, Inc.  
Case #: 12-CV-25-CVE-FHM  
United States District Court  
Northern District of Oklahoma  
Deposition Date: April 12, 2013

22) Douglas W. Brant d/b/a Bethany Medical Clinic v.  
State Farm Fire and Casualty Company  
Case #: CIV-12-656 F  
United States District Court  
Western District of Oklahoma  
Court Hearing Testimony: May 1, 2013

23) Candelario Fuentes and Maria Fuentes v.  
State Farm Lloyds, State Farm General Insurance Company and State Farm Fire and Casualty Company  
Case #: 2010-61039  
11th Judicial District Court  
Harris County, Texas  
Deposition Date: July 3, 2013

24) Candelario Fuentes and Maria Fuentes v.  
State Farm Lloyds, State Farm General Insurance Company and State Farm Fire and Casualty Company  
Case #: 2010-61039  
11th Judicial District Court  
Harris County, Texas  
Trial Date: July 29 - 30, 2013

25) Todd N. Tipton and Constance J. Tipton v.  
Matt Wilson Custom Homes, LLC, and Matt Wilson, an individual  
Case #: CJ-2010-5567  
District Court of Oklahoma County, State of Oklahoma  
Deposition Date: September 4, 2013

26)     Manuel Owen and Lyn Owen v.
Farmers Insurance Company, Inc., a Kansas for profit insurance
Corporation
United States District Court
Case CIV-12-384-JHP
Eastern District of Oklahoma
Deposition Date:  October 31, 2013

27)     Oolagah Assembly of God Church v.
Western Fire Protection, Inc.
Case #: CJ-2011-555
District Court of Rogers County, State of Oklahoma
Deposition Date:  November 4, 2013

28)     Jeanie Marvick and Bob Tharp v.
State Farm Lloyds
Cause #: 11-CV-1249
56th Judicial District Court
Galveston County, Texas
Deposition Date:  December 12, 2013

29)     Paula Sue Miesowitz, as trustee of the Gray Family Revocable Trust
Dated 5/12/93 v.
Greater Plumbing, Inc., an Oklahoma Corporation, Doug Rankin,
individually, Cole's Quality Construction, Inc., an Oklahoma Corp.
Case #: CJ-2012-3635
District Court in and For Tulsa County, State of Oklahoma
Deposition Date:  February 12, 2014

30)     Shelba Bethel, an individual; The Shelba J. Bethel Trust; Lash
Enterprises, LLC, an Oklahoma corporation v.
Barnett-Clark Construction, LLC, an Oklahoma limited liability company;
Comfortworks, Inc., an Oklahoma corporation; C&S Heating and Air
Conditioning, Inc., an Oklahoma corporation; and Costigan & Associates,
Inc., an Oklahoma corporation
Case #: CJ-2010-55
District Court of Cleveland County, State of Oklahoma
Deposition Date:  February 21, 2014

31)     Trinity Baptist Church v. Brotherhood Mutual Insurance Services, LLC.
and Sooner Claims Service, Inc.
Case #: CJ-2011-1157
District Court of Oklahoma County, State of Oklahoma
Deposition Date: May 9, 2014

32) Kimberley K. Ramsey v. Farmers Insurance Company, Inc., a Kansas Corporation, and Farmers Insurance Exchange  
Case No. CJ-2013-962  
District Court of Cleveland County, State of Oklahoma  
Deposition Date: May 13, 2014

33) Maria D. Rodriguez v. State Farm Lloyds and Luke Andrew Garcia  
Case # DC-13-00992-K  
192nd Judicial Court Dallas County, Texas  
Deposition Date: June 4, 2014

34) Haiwang Tang and Xiaohong Hu v. Richardson Homes  
Case No. CJ-2012-0645  
District Court of Oklahoma County, Oklahoma  
Deposition Date: July 29, 2014

35) Gray Construction, Inc. and Burdette Construction Co., v. Laura E. Knight  
Case No. CJ-2012-545  
District Court of Canadian County, Oklahoma  
Deposition Date: August 7, 2014

36) AC Dwellings, LLC v. John W. Shawver, III and Carrie M. Shawver  
Case No. 71 527 E 00367 13  
American Arbitration Association  
Deposition Date: August 26, 2014

37) AC Dwellings, LLC v. John W. Shawver, III and Carrie M. Shawver  
Case No. 71 527 E 00367 13  
American Arbitration Association  
Testimony Date: September 17th and 18th, 2014

38) Bruce and Mary Ann Erickson v. A.O. Smith Corporation et al.  
Case No. 13-L-1962  
In the Circuit Court Third Judicial Circuit Madison County, Illinois  
Telephonic Deposition Date: October 21, 2014

39) Maria D. Rodriguez v. State Farm Lloyds and Luke Andrew Garcia  
Case # DC-13-00992-K  
192nd Judicial Court Dallas County, Texas  
Trial Testimony Date: October 29, 2014

40) Gwen LeClerc Revocable Living Trust v. Candelaria Foster, LLC  
Case No. 01-14-0000-5564  
American Arbitration Association  
Deposition Date: January 6 and 7, 2015

41) Don Allen & Donnie Allen (Father & Son)  
    v Burlington Northern Santa Fe Railway Co  
    Case No. CJ-2012-75  
    In the District Court of Marshall County  
    State of Oklahoma  
    Deposition Date: January 19, 2015

42) John and Kelly Whitney v Alan and Erica Greenfield  
    Case No. CJ-2013-3511  
    In the District Court of Tulsa County, State of Oklahoma  
    Deposition Date: January 28, 2015

43) Pavecon v Markwell Paving Company  
    Case No. CJ-2011-9962  
    In the District Court of Oklahoma County, State of Oklahoma  
    Deposition Date: February 06, 2015

44) The Gwen LeClerc Revocable Living Trust v Candelaria Foster, LLC  
    Case No. 01-14-0000-5564  
    American Arbitration Association  
    Trial Testimony Dates: Feb 26 and Feb. 27, 2015

45) Cynthia Stokes v. Asian Restaurant, LLC  
    Case No: CJ-2013-2695  
    In the District Court of Oklahoma County  
    State of Oklahoma  
    Deposition date: June 26, 2015